IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SYLVIA KATHLEEN FRANKLIN,**

      **Plaintiff,**

v.                                       Case No.  3:12cv512-MW/EMT

**RAY MABUS, Secretary,
Department of Navy,**

      **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

This Court has considered, without hearing, the Magistrate's Report and Recommendation.  ECF No. 24.  Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "Plaintiff's Second Amended Complaint, ECF No. 16, is **DISMISSED without prejudice** for Plaintiff's failure

to timely serve the complaint and comply with an order of the Court." The Clerk shall close the file.

    **SO ORDERED on January 15, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
